1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MITCHELL DIXON, JR.,                          No.  2:21-cv-1510 AC P

12                  Plaintiff,

13        v.                                        ORDER

14   SACRAMENTO SUPERIOR COURT, et
     al.,
15
                    Defendants.
16

17

18        Plaintiff, a county inmate proceeding pro se, has filed a civil rights action pursuant to 42

19   U.S.C. § 1983.  By order filed September 13, 2021, plaintiff was given thirty days to file a

20   completed application to proceed in forma pauperis and a certified copy of his inmate trust

21   account statement for the six-month period immediately preceding the filing of the complaint.

22   ECF No. 4.  He was warned that failure to do so would result in a recommendation that this action

23   be dismissed without prejudice.  Thirty days have now passed and, while plaintiff has filed an

24   application to proceed in forma pauperis, he has not provided the required trust account

25   statement.  Plaintiff will be provided a final opportunity to submit a certified copy of his inmate

26   trust account statement.

27   ////

28   ////

                                                     1

In accordance with the above, IT IS HEREBY ORDERED that within thirty days from the service of this order, plaintiff shall submit a certified copy of his trust account statement.  Failure to comply with this order will result in a recommendation that this action be dismissed.

DATED: October 27, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2